No. 00-9887. HUERTA-VALLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9889. GENTILE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00-9896. MATHISON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00-9904. JAIMES-JAIMES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9905. LAWSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9907. ALANIZ, AKA ALANEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00-9911. ACOSTA-ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-9950. HILL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 00-1375. CONSUL GENERAL FOR THE REPUBLIC OF POLAND IN CHICAGO ET AL. v. ILLINOIS ET AL. Sup. Ct. Ill. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 00-1527. EVANNS v. AT&T CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00-1564. MEHLER ET AL. v. TERMINIX INTERNATIONAL Co. C. A. 2d Cir. Motion of Robert A. Hillman et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00-1594. EDDINS v. SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari before judgment denied.